AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Edeliel Esanulsanchaze Rainey<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 2:24-MJ-102<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 5 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 24, 2024__ in the county of __Carson__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:
see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*
Jose Barron, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/25/24

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:24-MJ-102

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose Barron, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been employed to the Potter County Sheriff's Office for (11) years. I have been assigned to the Drug Enforcement Administration as a Task Force Officer for the second time, this time starting in April 2024. As part of my duties as a TFO, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(I).

2) This affidavit is made in support of a complaint and arrest warrant for Edeliel Esanulsanchaze Rainey. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4) On October 24, 2024, Texas Department of Public Safety (DPS) Trooper Mary Basye was on patrol on eastbound Interestate-40 in Carson County, Texas. At approximately 11:14 a.m., Trooper Moroles observed a black Chrysler Pacifica with Utah registration H410FA driving on improved shoulder when prohibited which is a violation of Texas Transportation Code. Trooper Basye conducted the traffic stop to investigate the violation. Trooper Basye made contact with a male driver and a male passenger, identified as Edeliel Esanulsanchaze Rainey. After a conversation with the occupants of the vehicle, Trooper Basye observed indicators leading her to believe the occupants of the vehicle were engaged in criminal activity outside the traffic violation. Trooper Basye deployed her K9, TEX, around the vehicle. K9 TEX alerted to the vehicle.

5) Trooper Basye conducted a probable cause search of the vehicle. During the search, Trooper Basye found two black and brown bags, one behind the driver's seat and the other between the two captain's chairs on the floorboard. Before searching the bags Trooper Basye asked both occupants who the bags belong to. RAINEY took ownership of the bags. Trooper Basye searched the bags and found a total of six (6) bricks of compressed white powdery substance wrapped in plastic, with 4 having black and yellow tape and two without. Trooper Basye recognized the six (6) bricks as contraband. A presumptive test was conducted on the contraband which field tested positive for the presence of cocaine. The cocaine weighed approximately 6.7 kilograms or 14.7 pounds. It should be noted that 14.7 pounds of cocaine is consistent with distribution as oppose to personal use.

6) DEA Task Force Officer Jose Barron and Texas DPS CID Agent Logan Eastburn responded to the scene to assist in the investigation. DEA TFO Barron and CID Agent Eastburn Mirandized and interviewed RAINEY. During the interview, RAINEY made incriminating statements.

Jose Barron
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

10/25/24 at Amarillo, TX
Date        City and State

Lee Ann Reno U.S. Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

Anna Marie Bell
Assistant U.S. Attorney