IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

NOV 21 2024 AM 10:36
FILED - USDC - NDTX - AM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2-24CR0083-Z |
| EDELIEL ESANULSANCHAZE RAINEY | |

### INDICTMENT

The Grand Jury Charges:

**Count One**
Possession with Intent to Distribute Five Kilograms or More of Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii))

On or about October 24, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Edeliel Esanulsanchaze Rainey**, defendant, did knowingly and intentionally possess with intent to distribute five kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Edeliel Esanulsanchaze Rainey**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

EDELIEL ESANULSANCHAZE RAINEY

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(1 COUNT)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this __21st__ day of __November__ A.D. 2024.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed on 10/25/2024 – 2:24-MJ-102)

_____
UNITED STATES MAGISTRATE JUDGE