IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDELIEL ESANULSANCHAZE RAINEY,<br><br>Defendant | 2:24-CR-083-Z-BR |

**ORDER**

Following its denial of Defendant's Motion to Suppress, the Court entered an Amended Trial Scheduling Order ("Order") setting Defendant's trial for Tuesday, April 1, 2025. ECF No. 52. The Order further stated that Defendant must file any plea agreement by Monday, March 24, 2025, at 5:00 p.m. (CDT). *Id.* Defendant failed to file any plea agreement by this deadline. Nor has Defendant met any of the other pre-trial deadlines set out in the Court's Order.

Accordingly, the Court **ORDERS** Defendant to either (1) show cause for his failure to enter a plea agreement in accordance with the Court's deadline; or (2) if Defendant does not intend to enter a plea agreement, show cause for his failure to comply with the Court's pre-trial deadlines. Defendant must file a brief of no more than five (5) pages detailing the reasons for his failure **on or before Thursday, March 27, 2025**, at **5:00 p.m. (CDT).** Failure to show good cause or comply with this order may result in sanctions. *See* N.D. TEX. LOC. CRIM. R. 57.8(b); *see also In re Luttrell*, 749 F. App'x 281, 286 (5th Cir. 2018).

**SO ORDERED.** March 24, 2025.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE