IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:24-CR-083-Z |
| EDELIEL ESANULSANCHAZE RAINEY | |

### JOINT MOTION TO CONTINUE TRIAL

The United States of America (the "government") and Edeliel Esanulsanchaze Rainey, through counsel, file this joint motion to continue trial as follows:

1. Trial in this case is currently set for April 1, 2025. (Dkt. 52.)

2. The parties have conferred and respectfully ask the Court to continue the trial setting for at least 30 days. The parties have been in plea discussions about a conditional plea to a Superseding Information. The parties are cautiously optimistic that a plea agreement can be reached in this case. However, counsel for Mr. Rainey is in trial this week and would like additional time to thoroughly discuss the proposed plea agreement with her client. Accordingly, the parties ask for at least a 30-day continuance. As noted, the parties are optimistic that a trial will be unnecessary.

**Joint Motion to Continue Trial - Page 1**

        Respectfully submitted,

        CHAD E. MEACHAM
        ACTING UNITED STATES ATTORNEY


        <u>s/ Jeffrey R. Haag</u>
        JEFFREY R. HAAG
        Assistant United States Attorney
        West Texas Branch Chief
        Texas State Bar No. 24027064
        1205 Texas Avenue, Suite 700
        Lubbock, Texas 79401
        Telephone:   806.472.7559
        Facsimile:    806.472.7394
        E-mail:       jeffrey.haag@usdoj.gov


## CERTIFICATE OF CONFERENCE

    I certify that I conferred with Antoinette Harris, attorney for Rainey, and she joins this motion.


        <u>s/ Jeffrey R. Haag</u>
        JEFFREY R. HAAG
        Assistant United States Attorney