IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:24-CR-083-Z-BR |
| EDELIEL ESANULSANCHAZE RAINEY, | |
| Defendant | |

**ORDER**

Following its denial of Defendant's Motion to Suppress, the Court entered an Amended Trial Scheduling Order ("Order") setting all applicable pre-trial deadlines. ECF No. 52. Neither Defendant nor the Government met the pre-trial deadlines imposed by the Court. And Defendant failed to enter a plea agreement by the deadline set in the Order. Accordingly, the Court ordered Defendant to show cause why he failed to comply with the Court's pre-trial deadlines or enter a plea by the Court's deadline. ECF No. 55. In light of these facts, the Court now **VACATES** the pre-trial conference currently scheduled for Wednesday, March 26, 2025. The Court will re-address the trial setting in this case following Defendant's compliance with the Court's show-cause order.

**SO ORDERED.**

March 25, 2025.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE