IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 2:24cr83 |
| | § | |
| EDELIEL ESANULSANCHAZE | § | |
| RAINEY | § | |
| Defendant. | § | |

**DEFENDANT'S RESPONSE TO RULE TO SHOW CAUSE**

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW** the Defendant, by and through undersigned counsel, and respectfully submits this Response to the Court's Order to Show Cause entered on March 24, 2025 [ECF No. 54], and in support thereof states as follows:

1. The Defense has at all times acted in good faith in seeking to evaluate and respond to the Government's plea offer in this matter.

2. The Government's original complaint charged the Defendant under 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). However, the indictment returned by the grand jury escalated the charge to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii), substantially increasing the Defendant's sentencing exposure.

3. Undersigned counsel was substituted into the case after the indictment was returned, and to counsel's knowledge, prior defense counsel was not provided with notice of the Government's intent to pursue a charge carrying a significantly higher mandatory minimum. The Defense was thus deprived of an opportunity to engage in meaningful plea discussions based on the lower statutory range initially charged in the complaint.

1

4. The Government has since extended a revised plea offer under § 841(b)(1)(B) with a proposed Rule 11(c)(1)(B) recommendation. Defense counsel has been reviewing this revised offer in light of the case history and has conferred with the Government regarding the lack of prior notice and ongoing discussions concerning an appropriate resolution.

5. Undersigned counsel has been in trial in another matter since March 24, 2025, which has impacted availability to meet with the Defendant and finalize plea discussions. The Government has acknowledged this conflict and has graciously agreed to file a joint motion to continue the current deadlines.

6. Both parties are currently in agreement regarding a joint motion to continue the current pretrial deadlines and trial date, in order to allow for appropriate time to resolve outstanding issues and finalize the latest plea documents provided by the Government.

7. The delay in responding to the Government's plea offer is not the result of willful neglect or disobedience of the Court's order, but instead arises from the complex procedural history and ongoing good faith efforts to reach a fair and informed resolution.

**WHEREFORE**, Defendant respectfully requests that the Court discharge the Rule to Show Cause and permit the parties to proceed with a joint motion to continue and/or further proceedings as necessary.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

**The Law Office of Antoinette N. Harris, PLLC**

**Antoinette N. Harris**
Texas Bar No. 241216521
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
Telephone: 1(833)326-4529
Facsimile: 1(833)326-4529
Email: antoinette@anhlaw.net
*Attorney for Edeliel Esanulsanchaze Rainey*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, a true and correct copy of the foregoing Defendant's Objections to Government's Exhibit List was served via electronic mail and CM/ECF to:

**Anna Marie Bell**
Assistant United States Attorney
Northern District of Texas, Amarillo Division
500 South Taylor Street, Suite 300
Amarillo, Texas 79101
Email: Anna.Bell@usdoj.gov

**Antoinette N. Harris**

3