IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDELIEL ESANULSANCHAZE RAINEY,<br><br>Defendant. | 2:24-CR-083-Z-BR |

### ORDER

Before the Court is Defendant's Motion for Leave to File Motion for Reconsideration of Sanction Order Under Seal. ECF No. 61. The Court **GRANTS** Defendant's Motion for Leave to File and **DIRECTS** the Clerk's Office to file Defendant's Motion for Reconsideration of Sanction Order and attachments under seal.

**SO ORDERED.**

April 3, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE