# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | NO. 2:24cr83 |
| | § | |
| EDELIEL ESANULSANCHAZE<br>RAINEY<br>Defendant. | §<br>§<br>§ | |

## NOTICE OF APPEAL

Notice is hereby given that Attorney Antoinette N. Harris appeals to the United States Court of Appeals for the Fifth Circuit from the Sanction Order issued by Judge Matthew Kacsmaryk and entered in this action on April 1, 2025.

Undersigned counsel respectfully notifies the Court that she has made every effort to secure the funds necessary to comply with the Sanction Order but has been unable to do so. Counsel represents indigent clients in this and many other matters and is not receiving compensation for her work in this case. The rising cost of living due to inflation has further strained the ability to absorb any out-of-pocket costs. As a result, counsel cannot afford either the cost of the sanction or the costs associated with pursuing this appeal.

Accordingly, this Notice will be followed by an application to proceed in forma pauperis, as this is now counsel's only viable option to seek appellate review.

**[SIGNATURE BLOCK ON NEXT PAGE**

Respectfully submitted,

**THE LAW OFFICE OF ANTOINETTE N. HARRIS, PLLC**

_____
Antoinette N. Harris
Texas Bar No. 241216521
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
Telephone: 1(833)326-4529
Facsimile: 1(833)326-4529
Email: antoinette@anhlaw.net

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, a true and correct copy of the foregoing Notice of Appeal was served via electronic mail and CM/ECF to:

**Jeff Haag**
Assistant United States Attorney
West Texas Branch Chief
Northern District of Texas, Amarillo Division
500 South Taylor Street, Suite 300
Amarillo, Texas 79101
Email: Jeffrey.Haag@usdoj.gov

**Anna Marie Bell**
Assistant United States Attorney
Northern District of Texas, Amarillo Division
500 South Taylor Street, Suite 300
Amarillo, Texas 79101

Email: Anna.Bell@usdoj.gov

_____
**Antoinette N. Harris**