**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 2:24cr83** |
| | § | |
| **EDELIEL ESANULSANCHAZE** | § | |
| **RAINEY** | § | |
| **Defendant.** | § | |

---

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL
PURSUANT TO FRAP 24(a)**

---

Before the Court is the Motion of Antoinette N. Harris to proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a).

Having reviewed the Motion, the affidavit submitted in support, and the record in this case, the Court finds that:

1. Appellant has demonstrated an inability to pay or provide security for the costs of appeal;

2. The appeal is taken in good faith and raises non-frivolous issues of law and fact; and

3. Appellant has complied with the procedural requirements set forth in FRAP 24(a).

Accordingly, the Court GRANTS the Motion. Appellant Antoinette N. Harris is hereby granted leave to proceed on appeal in forma pauperis, and all filing fees and costs associated with the appeal are WAIVED.

SO ORDERED.

Signed this ___ day of _____, 2025.

_____

MATTHEW J. KACSMARYK

UNITED STATES DISTRICT JUDGE