IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:24-CR-083-Z-BR |
| EDELIEL ESANULSANCHAZE RAINEY, | |
| Defendant. | |

## ORDER

Before the Court is Defense Counsel's Motion to Withdraw as Attorney ("Motion"). ECF No. 83. In order to fully consider Defense Counsel's Motion, the Court **ORDERS** that a hearing is set for **Tuesday, June 3, 2025**, at **1:30 p.m. (CDT)** at the J. Marvin Jones Federal Courthouse, 205 SE 5th Avenue, Amarillo, TX 79101. Defense Counsel Antoinette Harris is **ORDERED** to appear in person for the hearing.

**SO ORDERED.**

May 23, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE