IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2:24-CR-083-Z-BR

EDELIEL ESANULSANCHAZE RAINEY,

     Defendant.

### ORDER

Before the Court is Defense Counsel's Amended Notice of Non-Appearance and Supplemental Declaration ("Notice"). ECF No. 90. In light of Defense Counsel's Motion, the Court issues this final order instructing Defense Counsel as follows:

Defense Counsel has failed to demonstrate good cause for her failure to appear at the hearing scheduled on Friday, June 6, 2025, at 1:30 p.m. (CDT). In fact, her Notice underscores the Court's previous finding that she failed to demonstrate good cause for the Court to continue this hearing. ECF No. 88. Defense Counsel's state court trial does not commence until the Monday *after* this Court's hearing. ECF No. 90 at 1. And Defense Counsel failed to provide even a modicum of detail why her "personal family obligations" on June 6 constitute good cause for the Court to continue this hearing. *Id.* at 2. In fact, Defense Counsel stated that "[t]hese matters are private" and "such disclosure is not a prerequisite to receive fair consideration from the Court." *Id.* Defense Counsel is wrong. Vague assertions of "family obligations" alone do not constitute good cause.

Thus, in a final attempt to establish a pellucidly clear record, the Court **ORDERS** Defense Counsel to file a notice **no later than 5:30 p.m. (CDT) today, June 5, 2025**, stating unambiguously whether she intends to comply with this Court's Order (ECF No. 86) and

1

appear at the hearing scheduled for **Friday, June 6, 2025, at 1:30 p.m. (CDT)**. Failure to attend this hearing will result in a finding of civil contempt and/or an order of sanctions.

**SO ORDERED**.

June __5__, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2