IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:24-CR-083-Z-BR |
| EDELIEL ESANULSANCHAZE RAINEY, | |
| Defendant. | |

### ORDER

On June 6, 2025, Defendant Edeliel Rainey appeared in person, and with local counsel, to hear Defense Counsel Antoinette Harris's Motion to Withdraw as Attorney ("Motion"). ECF No. 83. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

After consideration of the statements and information presented at the hearing, the Court **GRANTS** Ms. Harris's Motion. Ms. Harris is hereby withdrawn from this cause and is no longer attorney of record. As stated at the hearing, the Court **APPOINTS** Natalie Archer as lead counsel for Defendant for the remainder of this case.

**SO ORDERED.**

June 6, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE