IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America,** Plaintiff; v. **Edeliel Esanulsanchaze Rainey,** Defendant. | No. 2:24-cr-00083-Z-BR-01 **Notice Of Entry Of Appearance For Defendant** |

NOW COMES Natalie Archer and notifies the Court that she has accepted the appointment to represent the Defendant, Edeliel Esanulsanchaze Rainey, and requests all notices issued in the above cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Respectfully Submitted,

THE HERRMANN AND ARCHER LAW FIRM, PLLC

*/s/ Natalie Archer*
Natalie Archer
Texas Bar No. 24000441
801 S. Fillmore St., Suite 710
Amarillo, Texas 79101
Phone (806) 372-9258
Fax (806) 372-8444

**ATTORNEY FOR DEFENDANT EDELIEL ESANULSANCHAZE RAINEY**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to the United States Attorney's office by electronic transmission on the 9th day of June 2025.

*/s/ Natalie Archer*
Natalie Archer