IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:24-CR-083-Z-BR |
| EDELIEL ESANULSANCHAZE RAINEY, | |
| Defendant | |

## ORDER

Following Defense Counsel Antoinette Harris's Motion to Withdraw as Attorney (ECF No. 83), the Court set a hearing to consider Defense Counsel's Motion. ECF No. 85, 86. Three days before the hearing, Defense Counsel filed a Motion to Continue Hearing. ECF No. 87. The Court denied Defense Counsel's Motion for failure to show good cause. ECF No. 88. Defense Counsel then filed a Notice of Non-Appearance, stating that she would not appear at the scheduled hearing. ECF No. 90. Defense Counsel's Notice alleged only vague details regarding "professional and personal arrangements," including (1) a state trial set to begin the week *after* this Court's hearing and (2) an unnamed personal obligation on the day of the hearing. *Id*. The Court then issued a final Order warning Defense Counsel that "failure to attend th[e] hearing will result in a finding of civil contempt and/or an order of sanctions." ECF No. 91. Defense Counsel filed a Response and Objection following the Court's final Order and—for the first time—provided the Court with more specific details about the personal obligations which prevented her from attending. ECF No. 92. Defense Counsel did not appear at the hearing on June 6, 2025. ECF No. 93.

Following the hearing, the Deputy-in-Charge ("DIC") of the Amarillo Division contacted the court coordinator for Judge Tammy Kemp of the 204th Judicial District Court

of Dallas County, Texas. In her Notice of Non-Appearance, Defense Counsel cited a trial before Judge Kemp as a reason for her non-appearance. ECF No. 90. Specifically, Defendant told the Court that she was set to be in trial before Judge Kemp beginning Monday, June 9, 2025. *Id.* The DIC spoke with Judge Kemp's court coordinator on June 9, 2025, at approximately 9:45 a.m. The DIC asked if attorney Antoinette Harris was set to appear for trial on Monday, June 9, 2025. The coordinator informed the DIC that Judge Kemp did indeed have a felony criminal trial starting that day, but Antoinette Harris was not the attorney for the defendant in that trial.

Accordingly, the Court now **ORDERS** Defense Counsel Antoinette Harris to (1) show cause for her failure to appear at this Court's scheduled hearing on June 6, 2025, despite this Court's Order denying her Motion to Continue; and (2) show cause for why Defense Counsel provided seemingly false information to this Court about a state trial before Judge Kemp. Defendant must file a brief of no more than six (6) pages detailing the reasons for her failure **on or before Friday**, **July 4**, **2025**, at **5:00 p.m. (CDT)**. Failure to show good cause or comply with this order will result in additional sanctions. *See* N.D. TEX. LOC. CRIM. R. 57.8(b); *see also In re Luttrell*, 749 F. App'x 281, 286 (5th Cir. 2018).

**SO ORDERED**.

July 1, 2025.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE