IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:24-CR-083-Z-BR |
| EDELIEL ESANULSANCHAZE RAINEY, | |
| Defendant | |

## ORDER

In its previous July 1 Order, the Court ordered Ms. Antoinette Harris ("Defense Counsel") to (1) show cause for her failure to appear at this Court's scheduled hearing on June 6, 2025; and (2) show cause for why Defense Counsel provided seemingly false information to this Court about a state trial before Judge Kemp. ECF No. 99. In the Order, the Court ordered Defense Counsel to file her reply by Friday, July 4, 2025, at 5:00 p.m. (CDT). *Id.* However, to (1) avoid any confusion about the effect of Federal Rule of Criminal Procedure 45, (2) avoid any repetition of Defense Counsel's disagreement with this Court about the feasibility of deadlines, and (3) exercise abundant caution, the Court **CONTINUES** this deadline and **ORDERS** Ms. Harris to file her response brief no later than **Friday, July 11, 2025, at 5:00 p.m. (CDT)**. *See* FED. R. CRIM. P. 45(b). Ms. Harris's brief must not exceed six (6) pages.

**SO ORDERED**.

July 3, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE